**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

HICHAM ABOUTAAM,

                               Plaintiff,

           -against-

AHMAD EL ASSAAD and PRIDE INVESTS SAL,

                              Defendants.

-------------------------------------------------------------------X

**18-CV-8995 (ALC) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2020

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Counsel for Defendants are directed to serve a copy of their Motion to Withdraw on a client representative and file an affidavit of service of the same by no later than **April 27, 2020**. To the extent the application contains privileged information/client confidences, counsel may file a redacted application on the docket and email the unredacted application to Parker_NYSDChambers@nysd.uscourts.com. To the extent Plaintiff objects to counsel for Defendants being permitted to withdraw, he shall file a letter on ECF within two weeks from today stating the reasons for the objection. Because the application involves client confidences, the Court will hold an ex parte telephone call with counsel for Defendants and Defendants' representative(s) on **April 29, 2020 at 11:30 a.m.** Counsel for Defendants and Defendants' representative(s) shall call 866-434-5269, access code 4858267. The Court will email counsel for the parties a security code for the telephone conference.

**SO ORDERED.**

DATED:   New York, New York
         April 14, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge