UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hicham Aboutaam,

                        Plaintiff,

-against-

Ahmad El Assaad and
Pride Invests SAL,

                        Defendants.

**ORDER**

18-cv-08995-ALC-KHP

**KATHARINE H. PARKER, United States Magistrate Judge.**

The telephonic conference scheduled for April 29, 2020 is hereby adjourned to **April 30, 2020 at 9:30 a.m.**  Counsel for Defendants is directed to email a copy of this Order to Defendants.

Dated: April 29, 2020
       New York, New York

                                    SO ORDERED.

                                    KATHARINE H. PARKER
                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2020