**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _6/3/20_____

ABOUTAAM,

                                    Plaintiff,

                    -against-

EL ASSAAD,

                                    Defendant.

**18-cv-8995 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby
ORDERED that the above-captioned action is discontinued without costs and without prejudice to
restoring the action to this Court's calendar if the application to restore the action is made within
thirty days.

**SO ORDERED.**

Dated:    June 3, 2020
          New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**