USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABOUTAAM, | |
| Plaintiff, | 18-CV-8995 (ALC) |
| -against- | ORDER |
| EL ASSAAD, | |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of Defendant's request for leave to file a motion to compel enforcement an alleged settlement agreement, Plaintiff's motion for summary judgment (ECF No. 121) is DENIED without prejudice. Defendant's request is GRANTED and the Court sets the following briefing schedule for the motion to compel enforcement.

| | |
|---|---|
| Defendant's Motion: | October 19, 2020 |
| Plaintiff's Opposition: | November 16, 2020 |
| Defendant's Reply, if any: | November 30, 2020 |

**SO ORDERED.**

Dated: **September 21, 2020**
  **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**