# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD
NOEL R. LEÓN

April 28, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/28/2021

**MEMO ENDORSED**

*By ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Aboutaam v. El Assaad,* 18 Civ. 8995 (ALC) (KHP)

Your Honor:

    We represent Plaintiff, Hicham Aboutaam. We write to request an adjournment of the telephonic conference scheduled to take place on May 27, 2021 at 3:00 p.m. to any day from June 8-11, 2021. We have conferred with Defendants, and they consent to this request.

    On April 26, 2021, the Court entered a report and recommendation recommending that Defendants' motion to compel enforcement of the settlement agreement be denied. ECF No. 158. The Court also scheduled a telephonic conference for May 27, 2021. Counsel for Plaintiff is scheduled to participate in an all-day mediation on May 27, 2021. Accordingly, Plaintiff respectfully requests that the conference be adjourned to any day from June 8-11, 2021 at 10:00 a.m. All parties are available at those times. This is the first request for an extension of this deadline.

**APPLICATION GRANTED:** The Case Management Conference scheduled for Thursday, May 27, 2021 at 3:00 p.m. is hereby rescheduled to <u>Tuesday, June 29, 2021 at 12:30 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.

APPLICATION GRANTED

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

04/28/2021

Respectfully submitted,

/s

Richard D. Emery