```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/22/2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

HICHAM ABOUTAAM,

                                Plaintiff,

                     -against-

AHMAD EL ASSAAD and PRIDE INVESTS
SAL,

                           Defendants.

-----------------------------------------------------------------X

**18-CV-8995 (ALC) (KHP)**

**ORDER CONVERTING**
**SETTLEMENT CONFERENCE TO**
**TELEPHONIC**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Settlement Conference in this matter utilizing Microsoft Teams scheduled for

**Wednesday, October 27, 2021 at 10:00 a.m.**  is hereby converted to a telephonic conference.

The Parties should call into the court conference line at **(866) 434-5269 Code: 4858267** at the

scheduled time.  **A security code will be emailed to counsel by chambers for his proceeding.**

       **SO ORDERED.**

DATED:     New York, New York
             October 22, 2021

                                     _Katharine H Parker_
                              _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge