USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HICHAM ABOUTAAM,

                Plaintiff,

      -against-

AHMAD EL ASSAAD and PRIDE INVESTS SAL,

                Defendants.

-------------------------------------------------------------X

18-CV-8995 (ALC) (KHP)

**ORDER SCHEDULING SETTLEMENT STATUS TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Wednesday, October 12, 2022 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

    SO ORDERED.

DATED:    New York, New York
             October 6, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge