UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HICHAM ABOUTAAM,

                         Plaintiff,                    18-CV-8995 (ALC) (KHP)

      -against-                              **ORDER**

AHMAD EL ASSAAD and PRIDE INVESTS
SAL,

                        Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      By **Friday, April 14, 2023**, counsel for the parties shall submit a settlement status letter to the Court by email.

      **SO ORDERED.**

DATED:      New York, New York
                April 6, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023