UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HICHAM ABOUTAAM,

                    Plaintiff,

      -against-

AHMAD EL ASSAAD and PRIDE INVESTS SAL,

                    Defendants.

-----------------------------------------------------------------X

18-CV-8995 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    By **Friday, April 28, 2023**, counsel for the parties shall submit an additional settlement status letter to the Court by email.

    SO ORDERED.

DATED:    New York, New York
              April 17, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge