```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HICHAM ABOUTAAM,

                     Plaintiff,

        -against-

AHMAD EL ASSAAD and PRIDE INVESTS SAL,

                     Defendants.

-----------------------------------------------------------------X

18-CV-8995 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

By **Monday, May 22, 2023**, counsel for the parties shall submit an additional settlement status letter to the Court by email.

       SO ORDERED.

DATED:     New York, New York
              May 1, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge