**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

HICHAM ABOUTAAM,

                          Plaintiff,                                **18-CV-8995 (ALC) (KHP)**

       -against-                                       <u>**ORDER**</u>

AHMAD EL ASSAAD and PRIDE INVESTS
SAL,

                         Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A case management conference is scheduled for **August 24, 2023 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:     New York, New York
                May 23, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2023