USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HICHAM ABOUTAAM,

                              Plaintiff,

               -against-

AHMAD EL ASSAAD and PRIDE INVESTS
SAL,

                             Defendants.

-----------------------------------------------------------------X

18-CV-8995 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the August 24, 2023 case management conference, Plaintiff's motion for summary judgment that was filed on August 25, 2020 at ECF No. 121, is restored to the docket and shall be gaveled as of August 25, 2023.

Defendant's response is due **October 9, 2023**, and Plaintiff's reply is due **October 30, 2023**.

**The Clerk of the Court is respectfully requested to restore the motion at ECF No. 121 on the docket.**

        SO ORDERED.

DATED:    New York, New York
               August 24, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge