UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HICHAM ABOUTAAM,

       Plaintiff,

-against-

AHMAD EL ASSAAD and PRIDE INVESTS SAL,

       Defendants.

1:18-cv-08995 (ALC) (KHP)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  In 2020, the Court ordered the parties to provide briefing on the interpretation of the forum selection clause under Lebanese law. *See* ECF No. 96. Accordingly, Plaintiff filed a motion for summary judgment on this issue, ECF No. 121, and Defendants filed a cross motion to dismiss for lack of jurisdiction, ECF No. 194.

  In reviewing the parties' submissions and the relevant case law, the Court has determined that "[t]he overriding framework governing the effect of forum selection clauses in federal courts…is drawn from federal law," rather than the law at the center of gravity for a given contract. *See Martinez v. Bloomberg LP*, 740 F.3d 211, 217 (2d Cir. 2014). Although the parties' briefing may be relevant as to interpretations of the forum selection clause under the federal common law framework, the Court now requests additional briefing from the parties on how federal law applies to the forum selection clause at issue. Additionally, the parties should specifically address *Raad v. Bank Audi SAL*, No. 21-2612, 2022 WL 17684581 (2d Cir. Dec. 15, 2022) (summary order), which analyzed a similar forum selection clause and was decided after some of the parties' briefing was filed.

  The parties shall submit their assessment by letter motions on or before **February 28, 2025**.

1

SO ORDERED.

Dated:   February 18, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**