UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HICHAM ABOUTAAM., <br><br> Plaintiff, <br><br> -against- <br><br> AHMAD EL ASSAAD and PRIDE INVESTS SAL, <br><br> Defendants. | 1:18-cv-08995 (ALC) (KHP) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been settled, the Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 121, 194, and 201 as moot.

**SO ORDERED.**

Dated:   **March 7, 2025**
           **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**